DENNIS MAHONEY, as Administrator, etc., Respondent, *v.* THE CITY OF BUFFALO, Appellant.

(Submitted January 23, 1883; decided February 6, 1883.)

*E. C. Hawks* for appellant.

*Ansley Wilcox* for respondent.

Agree to affirm.   No opinion.
All concur, except TRACY, J., absent.
Judgment affirmed.

———

FANNY SEMEL, as Administratrix, etc., Respondent, *v.* THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant.

(Argued January 23, 1883; decided February 6, 1833.)

*H. H. Anderson* for appellant.

*Gibson Putzel* for respondent.

Agree to affirm.  No opinion.
All concur, except RAPALLO, J., absent.
Judgment affirmed.

———

JOSEPH M. KOEHLER, Appellant, *v.* SOLOMON ADLER, Administrator, etc., Respondent.

(Argued January 24, 1883; decided February 6, 1883.)

THIS action was brought to recover an alleged loan.  It is reported upon a former appeal in 78 N. Y. 287.  The evidence was substantially the same as on the former trial, and the court held as on the former appeal that a question of fact was presented for the jury.

Plaintiff claimed that the loan was made by a check given by him to defendant's intestate.  The defense claimed that